ACCEPTED
03-14-00528-CR
6054859
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 11:45:18 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00528-CR

| | | |
|---|---|---|
| JAMES ALAN WEATHERFORD | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 11:45:18 AM
JEFFREY D. KYLE
Clerk

## STATE'S RESPONSE REGARDING STATE'S BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and would show the Court the following:

1. On June 1, 2015, Appellant's counsel filed a brief and motion to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967).

2. The State's Brief in this case was due on July 1, 2015. The State did not file a brief and did not seek an extension of time.

3. On July 7, 2015, this Court gave the State written notice that the State's brief was overdue and that this Court expected a response by Friday, July 17, 2015, or it would submit the case on appellant's brief alone.

1

4. The State apologizes for the lack of a timely brief and acknowledges receipt of the brief and motion to withdraw filed by Appellant's counsel.

5. However, because the brief filed by Appellant's counsel presents no claim of error, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2).

6. Therefore, the State will abstain from filing any further response unless the Court decides that the appeal is not frivolous because one or more legal points arguable on their merits exists and orders a response or provides Appellant with new appellate counsel. *See Anders*, 386 U.S. at 744; *Bledsoe v. State,* 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *High v. State*, 573 S.W.2d 807, 810 (Tex. Crim. App. 1978).

7. If this Court does provide Appellant with a new appellate counsel, the State will, of course, respond to any brief filed by said counsel. If this Court directs the State to respond to a non-frivolous ground for relief in this matter, the State will, of course, do so.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court notify the State if this Court decides the appeal is not frivolous. If this Court decides the case is wholly frivolous, the State requests this Court resolve this matter on the basis of Appellate Counsel's brief and motion to withdraw.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on July 14, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Dal Ruggles, Law Office of Dal R. Ruggles, 1103 Nueces St., Austin, TX 78701 via eservice to dal@ruggleslaw.com.

/s/ John C. Prezas
John C. Prezas